<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6096**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

BEKIR VURAL,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Chief
District Judge.  (CR-90-139-A, CA-99-1576-AM)

———————

Submitted:  March 21, 2002          Decided:  March 29, 2002

———————

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Bekir Vural, Appellant Pro Se.  Epin Hu Christensen, Special
Assistant United States Attorney, Paul J. McNulty, OFFICE OF THE
UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bekir Vural seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See United States v. Vural, Nos. CR-90-139-A; CA-99-1576-AM (E.D. Va. Dec. 10, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2